*Receipt # 11092498*
*10/4/11 $5.00 cg*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: RONALD & CHERYL KAPUSZCAK, JR.    BK: 05-15586 K

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual RE FUND #148020 listed herein:
RONALD & CHERYL KAPUSZCAK, JR.
Mailed to: 217 EISENHOWER, ANGOLA, NY 14006
& APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the trustee herein, hereby remits to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 5.00   CHECK # 15759 Representing unclaimed funds belonging to the above-named debtor.

DATED: 9-30-2011

FILED
OCT - 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

_____
ALBERT J. MOGAVERO
TRUSTEE